# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                      :   NO. 534

                                 :

REAPPOINTMENT TO MINOR     :   MAGISTERIAL RULES DOCKET
JUDICIARY EDUCATION BOARD   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of May, 2023, Magisterial District Judge Richard G. King, Allegheny County, is hereby reappointed as a member of the Minor Judiciary Education Board for a term expiring July 1, 2024.